FILED
United States Court of Appeals
Tenth Circuit

May 3, 2012

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

UNITED STATES OF AMERICA,

      Plaintiff−Appellee,

v.

JACKIE D. TATE, a/k/a Isa Sulamun Zaid Harbah,

      Defendant−Appellant.

No. 10-3333
(D.C. No. 6:05-CR-10049-MLB-1)
(D. Kan.)

---

**ORDER**

---

Before **LUCERO**, **SEYMOUR**, and **EBEL**, Circuit Judges.

In this appeal, Jackie Tate sought conditional release under 18 U.S.C. § 4243(f)(2). Tate has since been conditionally released under that statute. Because there is no longer any relief this court can provide Tate, the appeal is hereby **DISMISSED** as moot. See United States v. Juvenile Male, 131 S. Ct. 2860, 2864 (2011).

Entered for the Court

Carlos F. Lucero
Circuit Judge